SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HO YUAN CHEN<br><br>Defendant | Case No.: 8:17-cv-00996<br><br>Complaint to reduce FBAR penalty to judgment |

The United States of America, Plaintiff, for its complaint against Ho Yuan Chen, Defendant, alleges:

**I.     Jurisdiction and venue.**

1.     This court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345 because this actions arises under the laws of the United States and because the United States is the plaintiff.

2.     This action is brought under 31 U.S.C. § 3711(g)(4)(C) at the direction of the Attorney General of the United States and at the request of, and with the authorization of, the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

3.     Venue for this action is within the Central District of California under 28 U.S.C. § 1391 because Defendant's last known address within the United States is within this judicial district and a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.

**II.    Statutory and regulatory provisions for the FBAR penalty.**

4.     Section 5314 of Title 31 of the United States Code authorizes the Secretary of the Treasury to require United States citizens to report certain transactions with foreign financial agencies.

5.     Under the implementing regulations of 31 U.S.C. § 5314, "[e]ach United States person having a financial interest in, or signature or other authority over, a bank, securities, or other financial account in a foreign country shall report such relationship to the Commissioner of Internal Revenue for each year in which such relationship exists[.]"  31 C.F.R. § 1010.350(a).

6. The report must be filed with the IRS on a Report of Foreign Bank and Financial Accounts, which is also referred to as an FBAR. The report is due by June 30 "of each calendar year with respect to foreign financial accounts exceeding $10,000 maintained during the previous calendar year." 31 C.F.R. § 1010.306(c).

7. For willful violations of the reporting requirements mandated by 31 U.S.C. § 5314, Congress—through 31 U.S.C. § 5321(a)(5)(C)(i)—authorized a maximum penalty of the greater of (1) $100,000 or (2) 50% of the balance in the account at the time of the violation.

8. Under 31 U.S.C. § 5321(b)(2)(A), the Government may bring suit to recover the penalty assessed under 31 U.S.C. § 5321(a) at any time before the end of the 2-year period beginning on the date the penalty was assessed.

## Count I

## Claim to reduce FBAR penalty assessment to judgment

9. Ho Yuon Chen is a United States citizen.

10. In 2008, Ho Yuon Chen maintained at least one foreign financial account that had a balance exceeding $10,000.

11. Despite having at least one foreign financial account that had a balance exceeding $10,000, Ho Yuon Chen on his 2008 federal income-tax return checked "no" in response to the question: "At any time during 2008, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account?"

12. Despite earning foreign-sourced income, Ho Yuon Chen did not report that income on his 2008 federal income-tax return.

13. Ho Yuon Chen was required by law to file an FBAR disclosing his financial interest in his foreign financial accounts for 2008.

1    14.   Ho Yuon Chen willfully failed to timely disclose his financial
2  interest in his foreign financial accounts for 2008 as required by 31 U.S.C.
3  § 5314.
4    15.   At the time of his violation, the balance of Ho Yuon Chen's
5  interest in foreign financial accounts was at least $1,254,188.40.
6    16.   On June 12, 2015, the Internal Revenue Service assessed an
7  FBAR penalty in the amount of $627,094 against Ho Yuon Chen for his
8  willful failure to report his interest in foreign financial accounts for 2008 as
9  required by 31 U.S.C. § 5314.
10   17.   On June 12, 2015, notice and demand for payment of the penalty
11 was sent to Ho Yuon Chen.
12   18.   Interest and late-payment penalties accrue on the assessed FBAR
13 penalty as provided by law.
14   19.   The FBAR penalty and related interest and late-payment
15 penalties remains unpaid.
16   20.   As of February 16, 2017, the outstanding balance of FBAR
17 penalty plus related interest and late-payment penalties is $701,056.73.
18   21.   This action is brought within the two-year limitations period
19 specified in 31 U.S.C. § 5321(b)(2)(A).
20   22.   The United States is entitled to judgment against Ho Yuon Chen
21 in the amount of $701,056.73 as of February 16, 2017, plus all subsequent
22 statutory accruals including interest and penalties plus costs and expenses.
23
24   Wherefore, the United States of America, Plaintiff, requests the Court
25 to enter judgment in favor of the United States and against Ho Yuon Chen in
26 ///
27 ///
28 ///

3

1 the amount of $701,056.73 as of February 16, 2017, plus all subsequent
2 statutory accruals including interest and penalties plus costs and expenses.

  Dated: June 9, 2017                    SANDRA R. BROWN
                                         Acting United States Attorney
                                         THOMAS D. COKER
                                         Assistant United States Attorney
                                         Chief, Tax Division

                                         **/s/ Andrew T. Pribe**
                                         ANDREW T. PRIBE
                                         Assistant United States Attorney

4