# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>HO YUAN CHEN<br><br>Defendant(s). | CASE NUMBER:<br><br>8:17−cv−00996−DOC−JDE<br><br><br>**ORDER/REFERRAL TO ADR** |

    The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court−Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26−1, hereby:

    **ORDERS** this case referred to:

    ☑ **ADR PROCEDURE NO. 1**: (☐ district judge *or* ☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

    ☐ **ADR PROCEDURE NO. 2**: This case is referred to the ADR Program. Within twenty−one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR−2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty−one (21) days, the ADR Program (213−894−2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

    ☐ **ADR PROCEDURE NO. 3**: (Private mediation).

    The ADR proceeding is to be completed no later than: _____.

    The Court further sets a status conference for: ____N/A____.

    For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

    **IT IS SO ORDERED.**

DATED: September 5, 2017        /s/ *David O. Carter*
                                                    David O. Carter
                                                    United States District Judge