NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No.: 8:17-cv-00996 DOC(JDE) |
|---|---|
| Plaintiff | Stipulated Order to Dismiss with Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| v. | |
| HO YUAN CHEN | |
| Defendant | |

1 | The United States of America, Plaintiff, and Ho Yuan Chen,
2 | Defendant, stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this case be
3 | dismissed with prejudice with each party bearing its own attorney's fees and
4 | costs.

For Plaintiff,  For Defendant,
UNITED STATES OF AMERICA  HO YUAN CHEN

_____ Date: 11/19/18   _____ Date:
NICOLA T. HANNA                GREENBERG TRAURIG, LLP, by
United States Attorney         G. MICHELLE FERREIRA
THOMAS D. COKER                COURTNEY A. HOPLEY
Assistant United States Attorney  HOWARD HOLDERNESS
Chief, Tax Division
ANDREW T. PRIBE
Assistant United States Attorney

SO ORDERED.

*David O. Carter*
DAVID O. CARTER
U.S. District Judge

Dated: November 19, 2018

1